IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                     Criminal No. 5:08CR50089-001/002

MATTHEW G. MORELAND
and
VICTOR REVILLA, JR.,
        Defendants.

## FINAL ORDER OF FORFEITURE

On April 13, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C); and 18 U.S.C. § 1956(c)(7)(D), based upon the defendants guilty pleas to Count Two of the Superseding Indictment.

Notice of said forfeiture action was published on the United States' official website for forfeiture publications (www.forfeiture.gov), for thirty (30) consecutive days. The notice notified all third parties of their rights to petition the Court within sixty (60) days of the first date of publication for a hearing to adjudicate the validity of their alleged legal interest in the property subject to forfeiture.

More than thirty (30) days have passed since the final publication and no third party petitions have been filed.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty pleas, the factual basis present to the Court, the agreement of the parties, and the reasons stated at bar, the Court finds that the total sum of $30,000.00 in U.S.

currency is hereby forfeited to the United States of America, and shall be disposed of according to law.

      IT IS SO ORDERED this 26th day of October, 2009.

                                                HONORABLE ~~JIMM LARRY~~ HENDREN
                                                CHIEF U.S. DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 2 6 2009

CHRIS R. JOHNSON, CLERK

BY
        DEPUTY CLERK